## Commonwealth *v.* Swift, Appellant (No. 2).

OPINION BY MORRISON, J., November 21, 1910:

For the reasons given in the opinion filed this day in Commonwealth of Pennsylvania v. M. L. Swift, Jr., ante, p. 546, the assignments of error are all dismissed and the judgment is affirmed, and it is ordered that the appellant, M. L. Swift, Jr., appear in the court below at such time as he be there called and that he be by that court committed to serve that part of the sentence which had not been performed at the time this appeal was made a supersedeas.